**Petition for Writ of Mandamus and/or Prohibition Dismissed and Memorandum Opinion filed June 1, 2023.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-23-00156-CR

## IN RE GALEN F. BLACK, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**209th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1709295**

## MEMORANDUM OPINION

On March 6, 2023, relator Galen F. Black filed a petition for writ of mandamus and/or prohibition in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Brian Warren, presiding judge of the 209th District Court of Harris County, to rule on his motion for appointment of counsel.

By order issued March 28, 2023, this Court notified relator that his petition did not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(j); 52.7(a). In the order, the Court further notified relator that his petition for writ of mandamus and/or prohibition would be dismissed unless relator supplemented and/or amended his petition to addresses the issues identified before April 28, 2023. Relator has not corrected the deficiencies with his petition.

Accordingly, we dismiss relator's petition for writ of mandamus and/or prohibition.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b).